IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROWLAND PUGH,

      Plaintiff,                  No. CIV S- 05-0002 GGH P

    vs.

DR. MERICLE,

      Defendants.           ORDER

                              /

        Pursuant to plaintiff's May 4, 2005 request, the Clerk of the Court is directed to correct the spelling of the defendant's name in this case to "Dr. Mericle", which correction was noted in the court's prior order, and to provide plaintiff with a new summons with the corrected spelling of defendant's name at plaintiff's new address.

        Accordingly, IT IS ORDERED that:

        1.  The Clerk of the Court is directed to correct the spelling of the defendant's name to "Dr. Mericle" in the case caption, the case file, and on any future certificate of service; and

\\\\\

\\\\\

\\\\\

1

2. The Clerk of the Court is directed to provide plaintiff with another summons at plaintiff's new address, filed on May 4, 2003, containing the corrected spelling of the defendant's name.

DATED: 5/11/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
pugh0002.res